IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JON KIDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:20-cv-02692-TWP-MPB |
| MARATHON MANAGEMENT SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Stipulation and hereby Orders this cause of action DISMISSED, in its entirety and with prejudice. Each party to bear its own costs and attorneys' fees.

Date: 4/16/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

46803156.1

Distribution to all electronically
registered counsel of record via
CM/ECF